# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN DEAN RUSSELL,<br><br>        Petitioners,<br><br>     v.<br><br>WARDEN OF THE CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,<br><br>        Respondents. | Case No. 1:26-cv-01231-JLT-EPG-HC<br><br>ORDER GRANTING AMICUS MOTION AND MOTION TO APPOINT COUNSEL<br><br>(ECF Nos. 3, 12)<br><br>ORDER APPOINTING COUNSEL FOR PETITIONER<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT |

Petitioner is an immigration detainee proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Before the Court is the amicus motion and declaration of Federal Defender to consider appointing an attorney for Petitioner. (ECF No. 12.) Upon consideration of the amicus motion and Petitioner's motion to appoint counsel, and pursuant to 18 U.S.C. §§ 3005 and 3006A, this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED that:

1. The amicus motion (ECF No. 12) and motion to appoint counsel (ECF No. 3) are GRANTED;

1

2. Counsel is APPOINTED for Petitioner;

3. The Clerk of the Court shall serve a copy of this order and a copy of the petition, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org;

4. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy Felicia Navarro at FNavarro@caed.uscourts.gov, and counsel will be added as counsel for Petitioner;

5. Such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this District in this matter only;

6. This appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy; and

7. Within fourteen (14) days of the date of service of this order, counsel for Petitioner shall meet and confer with opposing counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule.

IT IS SO ORDERED.

Dated:  **March 3, 2026**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

2