# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN DEAN RUSSELL, | Case No. 1:26-cv-01231-JLT-EPG-HC |
| Petitioners, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| WARDEN OF THE CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al., | |
| Respondents. | |

Per the parties' joint statement, (ECF No. 16), the Court HEREBY ORDERS that:

1. The First Amended Petition is due March 31, 2026;

2. Respondent's answer/opposition is due April 7, 2026; and

3. Petitioner's reply to the answer/opposition is due April 14, 2026.

IT IS SO ORDERED.

Dated:   **March 13, 2026**          /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE