# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN DEAN RUSSELL,<br><br>  Petitioners,<br><br>  v.<br><br>WARDEN OF THE CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,<br><br>  Respondents. | Case No. 1:26-cv-01231-JLT-EPG-HC<br><br>ORDER MODIFYING BRIEFING SCHEDULE AND REINSTATING PREVIOUS DEADLINES |

On March 13, 2026, the undersigned adopted the parties' proposed briefing schedule and ordered that the first amended petition ("FAP") be filed by March 31, 2026, Respondents' response be filed by April 7, 2026, and Petitioner's reply be filed by April 14, 2026.

On March 31, 2026, Petitioner filed the FAP and a motion for temporary restraining order ("TRO"). (ECF Nos. 18, 19.) On March 31, 2026, the assigned district judge denied the motion for TRO as untimely and set a briefing schedule, with a responsive pleading due within twenty-one days and a traverse due within seven days after Respondents' response. (ECF No. 20.)

The undersigned will modify the district judge's briefing schedule and reinstate the previous deadlines as set forth in the March 13, 2026 order.

///

///

Accordingly, the Court HEREBY ORDERS that:

1. Respondents' response to the petition is due April 7, 2026; and

2. Petitioner's reply to Respondents' response is due April 14, 2026.

IT IS SO ORDERED.

Dated:   **April 1, 2026**                    /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE